IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARL E. WATSON | ) |
| | ) |
| v. | ) NO. 3-12-1126 |
| | ) JUDGE CAMPBELL |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 51), to which no Objections have been timely filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute and failure to obey Court Orders. The Clerk is directed to close the file.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiff's Motion for an Extension of Time (Docket No. 53) and gave Plaintiff until August 29, 2013, to file any Objections. *See* Docket No. 55.